UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-4708-SK Date: August 24, 2026

Title Nakku Rebecca Kisakye v. Fereti Semaia, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED. Petitioner **Nakku Rebecca Kisakye (A# 062-999-733)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release on reasonable minimum bond with notice of the terms of release and the express conditions on which release may be revoked. *See* 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9). Judgment in petitioner's favor will be entered accordingly.

IT IS SO ORDERED.