JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAKKU REBECCA KISAKYE,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-4708-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Petitioner **Nakku Rebecca Kisakye (A# 062-999-733)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release on reasonable minimum bond with notice of the terms of release and the express conditions on which release may be revoked.

DATED: August 24, 2026

STEVE KIM
United States Magistrate Judge